Scott H. Zwillinger (019645)
Laura A. Freeman (021331)
**ZWILLINGER GEORGELOS & GREEK PC**
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
(602) 224-7888
(602) 224-7889 (Fax)
E-mail: docket@zgglawgroup.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

THE BILTMORE BANK OF ARIZONA, an Arizona corporation,

Plaintiff,

v.

FIRST NATIONAL MORTGAGE SOURCES, L.L.C., a foreign limited liability corporation, FIRST NATIONAL BANK, a federally chartered banking corporation,

Defendants.

No. CV-07-936-PHX-ROS (MEA)

**PLAINTIFF'S STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

(Assigned to the Hon. Roslyn O. Silver)

Pursuant to Local Rule 56.1(a), Plaintiff The Biltmore Bank of Arizona ("Biltmore") submits the following Separate Statement of Facts in Support of Motion for Partial Summary Judgment.

1. The Biltmore Bank of Arizona ("Biltmore") is a federally-insured, full-service bank. Affidavit of Dave Heuermann ¶ 1 ("Heuermann Aff.").

2. Biltmore previously made residential mortgage loans through its wholly-owned division, Axis Mortgage Investments. Heuermann Aff. ¶ 1.

3. First National Mortgage Sources, L.L.C. ("FNMS") is a wholly-owned subsidiary of First National Bank who was engaged in the capacity of mortgage broker during the relevant timeframe. Answer at ¶ 9-10, Heuermann Aff. ¶ 4.

4. Biltmore and FNMS are parties to a "Wholesale Broker Agreement" (the "Agreement"), which sets forth the terms upon which Biltmore agreed to fund loans originated and submitted to Biltmore by FNMS. Heuermann Aff. ¶ 5 and Exhibit 1 to Heuermann Aff.

5. The Agreement provides that loans funded under the Agreement would be "saleable on the secondary market." Heuermann Aff. ¶ 6, Exh. 1.

6. Section K of the Agreement is titled "REPURCHASE" and sets forth the following:

> Repurchase shall be required if Lender determines, at any time, that any representation made by Broker with respect to any mortgage loan application submitted to Lender was untrue when made or any warranty or term hereof has been breached. ***Repurchase shall also be required of Broker if for any reason a demand for repurchase is made by any agency or investor with respect to any mortgage loan funded by Lender for Broker that is not curable by Broker.*** Broker shall repurchase within 15 days of notice any loan funded or purchased by Lender hereunder for an amount equal to the sum of, at the time of repurchase, (a) the unpaid principal balance of the loan plus the accrued interest on the loan, (b) the amount of any mortgage broker compensation paid to Broker by Lender at the time the loan funded, (c) the aggregate amount of any advances made by Lender for the account of the mortgagor and interest thereon at the interest rate set forth in the promissory note, and (d) any attorney's fees, legal expenses, court costs, etc.

Heuermann Aff. ¶ 7 & Exh. 1 at Section K (emphasis added).

7. In or about May or June 2006 FNMS requested that Biltmore fund a residential loan to FNMS's borrower, Karapet Ter-Abraamyan ("Ter-Abraamyan"). On or about June 2, 2006, Biltmore approved and funded two loans to Abraamyan totaling $342,950 consisting of a First Loan of $257,250 ("First Loan") and a Second Loan of $85,700 ("Second Loan") to non-party Ter-Abraamyan. Heuermann Aff. ¶ 8 & Exh. 2.

8. As contemplated in the Agreement, Biltmore thereafter sold the First Loan to non-party EMC Mortgage ("EMC"). Affidavit of Paige Mulhollan ¶ 4, attached hereto as Exhibit B ("Mulhollan Aff.").

9. EMC subsequently demanded that Biltmore repurchase the First Loan because Ter-Abraamyan defaulted on the loan. Mulhollan Aff. ¶5.

10. Biltmore in turn requested that FNMS repurchase the Loans from Biltmore, as FNMS is required to do under the Agreement. Mulhollan Aff. ¶ 6.

11. FNMS has refused Biltmore's request. Mulhollan Aff. ¶ 7.

RESPECTFULLY SUBMITTED this 27th day of September, 2007.

**ZWILLINGER GEORGELOS & GREEK PC**

By: s/ Scott H. Zwillinger
Scott H. Zwillinger
Laura A. Freeman
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Attorneys for the Defendants

ORIGINAL filed, and a COPY mailed this 27th day of September, 2007:

The Honorable Roslyn O. Silver
United States District Court
U.S. Courthouse, Suite 624
401 West Washington Street
Phoenix, Arizona 85003-2158

Deana S. Peck, Esq
John S. Craiger, Esq.
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Attorneys for Defendant First National Mortgage Sources, L.L.C.

::ODMA\PCDOCS\ZGLAWDM\975188\1