**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Biltmore Bank of Arizona, an Arizona corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>First National Mortgage Sources, L.L.C., a foreign limited liability corporation,<br><br>            Defendant. | No. CV-07-936-PHX-LOA<br><br>ORDER |

The Court has received and considered Defendant's timely-filed Notice of Compliance with Order to Show Cause.  (docket # 33)

**IT IS ORDERED** that the February 11, 2008 Order to Show Cause is hereby **DISCHARGED**.

Dated this 26th day of February, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge