**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Biltmore Bank of Arizona, an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>First National Mortgage Sources, L.L.C., a foreign limited liability corporation,<br><br>　　　　　Defendant. | No. CV-07-936-PHX-LOA<br><br>ORDER |

This matter arises on defense counsel's Application for Withdrawal of Counsel with Consent. (docket # 40) This matter having been set for trial beginning on January 5, 2009, withdrawal of counsel is governed by LRCiv 83.3(b)(3). Failure to pay one's attorneys in a civil case constitutes "good cause" to withdraw those attorneys and law firm from that case.

Good cause appearing,

**IT IS ORDERED** that defense counsel's Application for Withdrawal of Counsel with Consent, docket # 40, is **GRANTED** and hereby withdrawing Quarles & Brady LLP, John Craiger and Deana Peck as counsel of record for Defendant First National Mortgage Sources, LLC and relieving them of all further responsibilities herein.

**IT IS FURTHER ORDERED** that until further order of the Court, Plaintiff and the Clerk shall mail and direct all future pleadings and communications to: Mr. Robert

Readle, General Manager, First National Mortgage Sources, LLC; Overland Park Corporate Office, 10901 Lowell Ave, Suite 125, Overland Park, KS 66210; Ph: (913) 341-9200, Fax: (913) 341-9204.

Mr. Robert Readle is hereby forewarned that the above-captioned trial and deadlines set forth in the March 25, 2008 Rule 16 Order will not be continued except upon a showing of extraordinary circumstances. If Mr. Readle and First National Mortgage Sources, LLC intend to obtain new defense counsel, they are strongly encouraged to do so promptly because an attorney's untimely appearance in this case does not constitute extraordinary circumstances. Moreover, Mr. Readle may not represent First National Mortgage Sources, LLC, a limited liability company wholly owned by himself and FNMS Home Loans, Inc., a Kansas corporation. (docket # 33, Exhibit A)  While a natural person can always appear *pro per*, a non-lawyer may not represent other persons, partners or, with a few minor exception not applicable herein, a corporation, "an entity unto itself quite separate from its owners and officers." *Boydston v. Strole Development Co.*, 193 Ariz. 47, 50, 969 P.2d 653, 656 (Ariz. 1998).[1]  "Except as herein otherwise provided, only members of the bar of this Court shall practice in this District." LRCiv 83.1(b).

Finally,  Mr. Readle's or First National Mortgage Sources' failure to comply with court orders or the deadlines set forth in the March 25, 2008 Rule 16 Order may result in sanctions, including the entry of judgment against First National Mortgage Sources, LLC. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)(stating that district courts have the authority to "control their dockets and, . . . they may impose sanctions including, where appropriate, . . . dismissal of a case.") (internal quotation omitted);  *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988) (holding that district court did not abuse its discretion in dismissing *pro se* plaintiff's complaint for failure to advise the court of his current mailing address.); Rule 16(f), FED.R.CIV.P.

---

[1] Under Rule 31, Ariz. R. Sup.Ct., corporate officers may, for example, represent corporations in justice courts, small claims proceedings, the general stream adjudication, before the department of environmental quality, and in other special proceedings. *Boydston*, 193 Ariz. at 50 , 969 P.2d at 656

1   **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
2   shall hereinafter comply with the Rules of Practice for the United States District Court for
3   the District of Arizona, as amended on December 1, 2007. The District's Rules of Practice
4   may be found on the District Court's internet web page at www.azd.uscourts.gov/. All other
5   rules may be found as www.uscourts.gov/rules/.

6   Chamber's staff shall promptly fax a complete copy of this Order to Mr. Robert
7   Readle.

8   Dated this 2nd day of April, 2008.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge