**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Biltmore Bank of Arizona, an Arizona corporation, ) ) ) Plaintiff, ) ) vs. ) ) First National Mortgage Sources, L.L.C., ) a foreign limited liability corporation, ) ) Defendant. ) ) | No. CV-07-936-PHX-LOA  **ORDER** |

This case arises upon Plaintiff's Motion to Dismiss Due to Bankruptcy, filed on August 15, 2008, advising the Court that Defendant First National Mortgage Sources, L.L.C., has filed a petition in the United States Bankruptcy Court in the District of Kansas on or about April 15, 2008.[1] (docket # 43 and Exhibit A)  A copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines in that action is attached to the Motion as Exhibit A.

By virtue of the automatic stay imposed under 11 U.S.C. § 362(a)(1) with the filing of a bankruptcy petition, all pending matters against Defendant are automatically stayed until further order of the Court. 11 U.S.C. § 362(a)(1); *O'Donnell v. Vencor Inc.*, 466 F.3d. 1104, 1109-10 (9th Cir. 2006) (citing *Indep. Union of Flight Attendants v. Pan Am.*

---

[1] Plaintiff's Motion is the first notice to the Court that Defendant sought bankruptcy protection.

*World Airways, Inc.*, 966 F.2d 457, 458-59 (9th Cir. 1992) ("§ 362(a) does not preclude another court from dismissing a case on its docket or . . .affect the handling of a case in a manner not inconsistent with the purpose of the automatic stay.") (internal quotation marks omitted). Plaintiff seeks dismissal without prejudice of its own action which is appropriate and not a violation of bankruptcy law. *Id*.

On Plaintiff's motion and good cause appearing,

**IT IS ORDERED** Plaintiff's Motion to Dismiss Due to Bankruptcy, docket # 43, is **GRANTED** and hereby dismissing this lawsuit without prejudice.

**IT IS FURTHER ORDERED** vacating the trial and all other matters set herein.

Dated this 18th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge